JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY MARTIN, | Case No. 2:23-cv-09812-AB-SHK |
| Petitioner, | |
| v. | **JUDGMENT** |
| BRYAN BIRKHOLZ, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is **DISMISSED** without prejudice.

Dated: August 15, 2024

HONORABLE ANDRÉ BIROTTE, JR.
United States District Judge